MIED (Rev. 5/05) Request for Clerk's Entry of Default
_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Plaintiff(s),
Tongsun Kim and GwanJun Kim

Case No. 2:24-cv-13028-JJCG-APP
v.  Judge: Jonathan J.C. Grey

Magistrate Judge: Anthony Patti

Defendant(s).

Richard Bernstein; Kyra Harris Bolden; Megan Cavanagh; David F. Viviano;  Elizabeth M. Welch Brian K. Zahra

_____

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a

Clerk's Entry of Default be entered against

Richard Bernstein; Kyra Harris Bolden; Megan Cavanagh; David F. Viviano;  Elizabeth M. Welch Brian K. Zahra

for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The Court record docket no.1 appears Complaint served on **MSC_Clerk@courts.mi.gov**; **BierleinK@michigan.gov** ; **jetert@michigan.gov** and **pendrickp@michigan.gov**.

1

2. The defendants have failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendants are not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Dated: December 6, 2024 /s/*Tongsun Kim GwanJun Kim*

                                                    Tongsun Kim and GwanJun Kim
                                                     212 Glenmoor Dr
                                                    Rochester, MI 48307-1729
                                                    gwanjun@hotmail.com